IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN LEE BOYINGTON,

    Plaintiff.

vs.                                            CASE NO. 3:04cv352/RS

KEVIN COXWELL and JAMES
H. NEWTON, IV,

    Defendants.

_____/

## ORDER

The court has considered the Order and Report and Recommendation (Doc. 35). Plaintiff has not filed objections.

IT IS ORDERED:

1. Plaintiff's claims under the Fourteenth Amendment are dismissed with prejudice.

2. Defendants' Motion for Summary Judgment (Doc. 25) is granted in part and denied in part as follows:

    (a) Defendants' motion for summary judgment is granted as to plaintiff's official capacity claims against defendants and as to plaintiff's claims for injunctive relief.

    (b) Defendants' motion for summary judgment is denied as to plaintiff's individual capacity claims against defendants.

3.  The clerk is directed to enter judgment in accordance with paragraph 2(a) and to return the file to the magistrate judge for further proceedings.

ORDERED on January 25, 2006.

                                              /S/ Richard Smoak  
                                              **RICHARD SMOAK**  
                                              **UNITED STATES DISTRICT JUDGE**